UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY LA BARBERA and FRANK FINKEL,
Trustees of the Local 282 International Brotherhood of
Teamsters Welfare, Pension, Annuity, Job Training and
Vacation Sick Leave Trust Funds,

                      Plaintiff,

-against-

RIVER TRUCKING & RIGGING, INC.,

                      Defendant.
-----------------------------------------------------------------X

JUDGMENT
06-CV- 5952 (ARR)

An Order of Honorable Allyne R. Ross, United States District Judge, having been filed on November 5, 2007, adopting the Report and Recommendation of Magistrate Judge Judge Viktor V. Pohorelsky, dated October 18, 2007, after a de novo review of the record; denying plaintiff's application for a permanent injunction; and directing the Clerk of Court to enter judgment granting plaintiff judgment in the amount of $16,779.84 in unpaid contributions, $3,155.86 in interest, $3,690.93 in liquidated damages, and $3,731.97 in attorneys' fees and costs; it is

JUDGMENT
06-CV- 5952 (ARR)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Viktor V. Pohorelsky is adopted; that plaintiff's application for a permanent injunction is denied; and that judgment is hereby entered in favor of plaintiff, Gary La Barbera and Frank Finkel, Trustees of the Local 282 International Brotherhood of Teamsters Welfare, Pension, Annuity, Job Training and Vacation Sick Leave Trust Funds, and against defendant, River Trucking & Rigging, Inc., in the amount of $16,779.84 in unpaid contributions, $3,155.86 in interest, $3,690.93 in liquidated damages, and $3,731.97 in attorneys' fees and costs.

Dated: Brooklyn, New York
November 05, 2007

ROBERT C. HEINEMANN
Clerk of Court